UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AISHA BLOCKER )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>PORTFOLIO RECOVERY ASSOCIATES, LLC, )<br>BEN RAY, JOHN DOES 1-10, and JANE DOES 1-100 )<br>    Defendant, )<br> ) | Civil Action No.<br>1:12-cv-10155-GAO |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated:  March 9, 2012

                                                        RESPECTFULLY SUBMITTED:

                                                        /s/ Kevin Crick
                                                        Kevin V. K. Crick, Esq.
                                                        Consumer Rights Law Firm, PLLC
                                                        2 Dundee Park, Suite 201
                                                        Andover, Massachusetts, 01810
                                                        Phone: (978) 212-3300
                                                        Fax: (888) 712-4458
                                                        Email: kevinc@consumerlawfirmcenter.com
                                                        Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on March 9, 2012, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                         /s/ Kevin Crick